| | | |
|---|---|---|
| AUSA: | Meghan Bean | Telephone: (313) 226-9100 |
| Special Agent: | Lewis Rohrer, ATF | Telephone: (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Jimmy Jamal CHEATHAM

Case No.  2:21-mj-30300
Judge: Unassigned,
Filed: 06-16-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 1, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Lewis Rohrer, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 16, 2021__

_____
Judge's signature

City and state: __Detroit, Michigan__    Honorable Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Lewis Rohrer, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and am currently assigned to Detroit Field Division, Detroit Group IV Field Office. My law enforcement and legal training consists of completion of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") during my attendance from September 21, 2014 to December 22, 2014. I have also completed Special Agent Basic Training at the ATF National Academy, located at FLETC, during my attendance from December 29, 2014 to April 8, 2015. I received specialized training while attending the academies at FLETC in Glynco, Georgia, concerning violations of the Gun Control Act within Title 18 of the United States Code and violations of the Controlled Substance Act within Title 21 of the United States Code. The specialized training I received includes but is not limited to: surveillance, interviewing, writing of warrants, handling of evidence, arrest procedures, search procedures, and testifying in court. After graduation from the Academy, I was assigned to the Los Angeles I Field Office, which investigates gun trafficking, narcotics trafficking, organized crime, street gangs, and other types of

1

violent crime.  In addition to my training at FLETC, I have a Bachelor's degree from University of California: Riverside.  Previously, I was a Combat Engineer Officer with the United States Marine Corps for seven years, and a Security Protective Specialist with Department of State for one year and three months.

2. The statements contained in this affidavit are based on my personal knowledge, my review of written police reports, or have been provided to me by other law enforcement officers with knowledge of this matter.  I have not included each and every fact known to me concerning this investigation.

3. This affidavit provides information necessary to establish probable cause that Jimmy Jamal CHEATHAM violated 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## II.   PROBABLE CAUSE

4. On May 1, 2021, at approximately 12:29 a.m., Detroit Police Department (DPD) Officer McKinney and Officer Martinez, were on patrol, in full police uniform and a fully marked patrol vehicle.  DPD Officers Lord and James, in an undercover capacity, notified McKinney and Martinez of a white Dodge Durango with Michigan license plate EAUXXXX that was driving at a high rate of speed without running lights during the hours of darkness.

5. Officers McKinney and Martinez observed the vehicle and verified that there were no rear lights on and initiated a traffic stop.  During the stop, the

officers also noted that there was no current insurance for the vehicle. Officer McKinney spoke with the driver of the vehicle, identified as Jimmy CHEATHAM. Officer McKinney asked for license, insurance, and registration. CHEATHAM gave Officer McKinney a valid driver's license, registration, and expired insurance.

6. Officer McKinney asked CHEATHAM to step out of the vehicle because the vehicle was going to be impounded for having no insurance. At this time, Officer McKinney noted a change in demeanor from CHEATHAM that, in Officer McKinney's experience, indicated CHEATHAM may be looking to flee. Officer McKinney conducted a pat down of CHEATHAM's outer garments and discovered a hard object consistent with a firearm on CHEATHAM's right hip. Officer McKinney placed CHEATHAM in handcuffs and assisting DPD Officer Creech recovered a loaded Smith and Wesson, Shield, .40 caliber, semi-automatic pistol, from CHEATHAM's front right waistband. Officer Creech asked CHEATHAM if CHEATHAM had a license to carry a concealed pistol, and CHEATHAM responded that he did not have a license. Officers arrested CHEATHAM for carrying a concealed weapon without a license.

7. Based on my training and experience as an ATF firearms interstate nexus expert, the recovered pistol meets the federal definition of a firearm and was manufactured outside the state of Michigan.

8. I reviewed a Computerized Criminal History (CCH) of CHEATHAM and determined CHEATHAM has been convicted of the following felony offense:

   a. 2017 – Dangerous Drugs – Possession of Heroin with Intent to Distribute (Southern District of West Virginia).

### III.   CONCLUSION

9. Based on the above facts, probable cause exists that Jimmy CHEATHAM, knowing that he was a convicted felon, did knowingly possess a firearm, that had previously traveled in interstate and/or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

_____
Special Agent Lewis Rohrer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HONORABLE PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

Date:  June 16, 2021

4